UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent/Plaintiff,<br><br>　v.<br><br>GENARO ORDONEZ-ESTRADA,<br><br>　　　　　Petitioner/Defendant. | Case No. 3:14-cr-00083-LRH-WGC<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. §3582(c)(1)(A) (Compassionate Release) |

　　　Before the court is the defendant's motions for compassionate release under the First Step Act (ECF Nos. 111 and 116). The government has filed its response in which it has not opposed defendant's motions and takes no position regarding defendant's release, recognizing serious medical conditions concerning the defendant. ECF No. 117. Defendant has filed his reply (ECF No. 119) confirming a home environment available to the defendant in the event that relief is granted. The motions are being granted subject to the court's fourteen-day stay set forth below.

　　　Appearing before the court is a defendant who plead guilty to two felonies related to conspiracy to possess and distribution of methamphetamine and was sentenced to the mandatory minimum prison sentence of one hundred and twenty months.

　　　It appears that Ordonez-Estrada has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of thirty days from the receipt of such a request by the warden of the defendant's facility.

Defendant had no prior felonies at the time of his guilty plea to these offenses and the Probation Officer noted that "it appears that Ordonez-Estrada became involved in the instant offense in order to make money to feed his own substance abuse addictions. It is evident from his prior criminal convictions, as well as his admission, that he has an addiction to marijuana, and has also abused methamphetamine in the past." And, "Ordonez-Estrada appears to be a devoted and loving father to his daughter and has done whatever he can to ensure that she is well taken care of during his absence. He has signed over his rights to his sister in order for his sister to have guardianship of his daughter. Furthermore, he stepped up as a father after the mother of his daughter abandoned their family."

Ordonez-Estrada has earned the lowest custody classification (Out Custody) at the minimum-security federal prison camp in Yazoo City, Mississippi. In addition to model behavior, he has completed numerous personal improvement classes preparing him for re-entry into society. He has received positive reviews from prison administrators and has had no infractions of any kind while serving his sentence. Prior to the COVID-19 outbreak, he was scheduled to be sent to the federal prison in Sheridan, Oregon, for its Residential Drug Abuse Program ("RDAP"). This could have resulted in a 12-month reduction to his sentence, but due to new restrictions impacting prison transfers due to COVID-19, he lost this opportunity which could have resulted in prison release as early as June 23, 2021.

Ordonez-Estrada has demonstrated an extraordinary and compelling reason warranting relief as a result of a serious medical condition. This 34-year-old defendant has a listed serious heart condition, early pulmonary artery hypertension, recognized by the Center of Disease Control ("CDC").This is a very serious heart condition under the CDC's list of conditions and represents significant risk factors if defendant was to contract the COVID-19 illness. COVID-19 occurrences have been particularly severe at the Yazoo prison.

///

Before the court is a defendant who has served approximately six years of his ten-year mandatory minimum sentence. Had the mandatory minimum sentence not been required, defendant's current sentence with RDAP credits would have been close to falling within the sentencing guideline range which otherwise would have been applicable if the 10 years mandatory minimum was not required.

GOOD CAUSE APPEARING, defendant Genaro Ordonez-Estrada's motion for compassionate release under the First Step Act (ECF Nos. 111/116) is GRANTED. The court hereby reduces defendant's term of imprisonment in this case from 120 months to time served.

This order is STAYED for up to fourteen days to make appropriate travel arrangements and to ensure defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring that travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

The defendant must immediately provide the complete address of his parents where he will be residing upon release to the Probation Office in the district where he will be living.

The defendant's previously imposed conditions of supervised release are unchanged.

IT IS SO ORDERED.

DATED this 26th day of October, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE